UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                              )
                                                    )
AmericaSpeaks,                                      )    Case No. 14-00004
                                                    )    Chapter 7
                    Debtor.                         )
                                                    )

**NOTICE UNDER LBR 6004-1 OF TRUSTEE'S INTENTION TO SELL PERSONAL PROPERTY OF DEBTOR AND OPPORTUNITY TO OBJECT**

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Wendell W. Webster, Esq., the Chapter 7 Trustee in Bankruptcy for AmericaSpeaks ('Trustee"), intends to sell by internet auction the personal property owned by Debtor, consisting of certain equipment, office furnishings and other related items ("Personal Property"). The Trustee has filed a motion to retain Rasmus Asset Advisors, www.rasmus.com, to conduct said auction. The preview of the Personal Property will be on May 19, 2014 from 11:00 am to 4:00 pm. The sale will begin closing on May 20, 2014 at 11:07 am. The removal of the Personal Property will be on May 22, 2014 from 6:00 pm to 12:00 am. Questions concerning the auction, may be made by contacting the auctioneer Rasmus Asset Advisors at (703) 879-8232.

**PLEASE TAKE NOTICE THAT WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the Trustee's motion* and proposed order under Local Bankruptcy Rule 9072-1. Any objection must set forth the name of the objecting party, the nature and amount of any claims or interests held against Debtor's estate, and shall contain a complete specification of the factual and legal grounds upon which the objection is based. You may append affidavits and documents you wish to attach in support of your objection. Any objection must be filed with the Clerk of the United States Bankruptcy Court for the District of Columbia, United States Courthouse, Room 4400, Third and Constitution Avenue, N.W., Washington, D.C. 20001. A copy of the objection must also be served (by delivery or mailing of a copy) upon the Trustee.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE COURT MAY GRANT THE TRUSTEE'S MOTION WITHOUT FURTHER NOTICE OR HEARING IN THIS MATTER.** The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact the undersigned.

*Contemporaneously with this notice, the Trustee is filing a motion to shorten the notice period from the usual 21 day period to 14 days.

Date: <u>April 25, 2014</u>  /s/ *Natalie S. Walker*
Natalie S. Walker, Esq., #499276
1775 K Street, N.W.
Suite 600
Washington, D.C.  20006
(202) 659-8510

## CERTIFICATE OF SERVICE

I hereby certify that on this **25th** day of April 2014, a true and correct copy of the foregoing Notice Under LBR 6004-1 of Trustee's Intention to Sell Personal Property of the Debtor and of Opportunity to Object was mailed by first class, postage prepaid to the creditors and interested parties listed on the attached mailing list.

/s/ *Natalie S. Walker*
Natalie S. Walker, Esq., #499276
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

501cTech
2001 S Street, NW
Suite 630
Washington, DC 20009-1165

AmericaSpeaks
1050 17th Street, NW
Suite 250
Washington, DC 20036-5521

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Business Card
PO Box 297879
Fort Lauderdale, FL 33329-7879

CIT
21146 Network Place
Chicago, IL 60673-1211

CIT Technology Financing Services, Inc
10201 CENTURION PKWY. N #100
JACKSONVILLE, FL 32256-4114

CIT Technology Financing Services, Inc
c/o Weltman, Weinberg & Reis
3705 Marlane Drive
Grove City, OH 43123-8895

CSC Leasing Company
6806 Paragon Place
Suite 170
Richmond, VA 23230-1829

Child Support Services Division
Office of the Attorney General
Judiciary Square 441 4th Street, NW
5th Floor
Washington, DC 20001

Citibank
CBG Client Services
PO Box 140177
Irving, TX 75014-0277

Citibank, N.A.
6801 Colwell Blvd.
Mail Stop NTSB-2020
Irving, TX 75039-3198

Copy Doctors, Inc.
14221-A Willard Road
Suite 1000
Chantilly, VA 20151-2940

D.C. Office of Tax and Revenue
Bankruptcy Division
1101 4th Street SW
Washington, DC 20024-4457

D.C. Unemploy. Comp. Board
6th and Penna. Ave., N.W.
Washington, DC 20001-2106

DC Unemploy. Comp. Board
609 H St., NE
Room 3530367
Washington, DC 20002-4347

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

District Unemployment Compensation Board
4058 Minnesota Ave., NE
4th Floor
Washington, DC 20019-3540

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Jennifer L. Kneeland
Linowes & Blocher LLP
7200 Wisconsin Ave.
Ste., 800
Bethesda, MD 20814-4842

L-17 Partnership
4922-A St. Elmo Avenue
Bethesda, MD 20814-6056

Ofc of Corp. Counsel
1 Judiciary Sq.
441 4th St., N.W.
6th Fl. North, Ste 1060
Washington, DC 20001-2714

Office of Attorney General
Tax, Bankruptcy, and Finance
One Judiciary Square
441 4th Street, NW
6th Floor
Washington, DC 20001-2714

Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042

Carlyn Winter Prisk
US Environmental Protection Agency
Region III (3HS62)
1650 Arch St.
Philadelphia, PA 19103-2087

Jonathan R. Schuman
Schuman & Felts, Chartered
4804 Moorland Lane
Bethesda, MD 20814-6112

Jonathan Robert Schuman
Schuman & Felts Chartered
4804 Moorland Lane
Bethesda, MD 20814-6112

Secretary of the Treasury
15th and Pennsylvania Avenue, NW
Washington, DC 20220-0001

Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Ste. 900
Atlanta, GA 30326-1382

| | | |
|---|---|---|
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>115 South Union St<br>Suite 210 Plaza Level<br>Alexandria, VA 22314-3317 | U.S. Attorney's Office<br>Civil Division - Judiciary Ct. Building<br>555 4th St., N.W.<br>4th Floor<br>Washington, DC 20001-2733 | U.S. Environmental Protection Agency<br>US EPA Region 3<br>Attn: Bettina Dunn, Paralegal Specialist<br>Office of Regional Counsel<br>1650 Arch Street (3RC60)<br>Philadelphia, PA 19103-2029 |
| Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | Verizon Wireless<br>PO Box 4003<br>Acworth, GA 30101-9004 | |
| | iCore Services<br>7900 West Park Drive<br>Suie A-315<br>Mc Lean, VA 22102-4235 | |