UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| AmericaSpeaks, | ) | Case No. 14-00004 |
| | ) | Chapter 7 |
|  Debtor. | ) | |
| | ) | |

**MOTION FOR AUTHORITY TO SELL INTELLECTUAL PROPERTY
FREE AND CLEAR OF LIENS AND OTHER INTERESTS**

Comes now Wendell W. Webster, the Chapter 7 Trustee ("Trustee") for AmericaSpeaks ("Debtor"), and respectfully moves this Court, pursuant to 11 U.S.C. §§ 363(b) and (f), Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1 of the Local Bankruptcy Rules for the District of Columbia to enter an Order authorizing the Trustee to sell certain intellectual property of the estate. The Trustee proposes to sell the intellectual property to Damon J. Hemmerdinger, or his assignee, outside the ordinary course of business and free and clear of all liens, encumbrances. The Trustee seeks authority to conclude the sale of the intellectual property under the terms and conditions of a Letter Agreement dated August 27, 2014. A copy of the Letter Agreement is attached hereto as Exhibit 1 and is incorporated herein by reference.

In support of his Motion, the Trustee states as follows:

1. On January 3, 2014, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, and Wendell W. Webster was appointed Chapter 7 Trustee.

2. On its Schedule B, the Debtor lists certain intellectual property, which is described in Exhibit 2 attached hereto. The Debtor lists the value of the intellectual property as zero for the trademarks and unknown for the domain names. The Trustee proposes to sell the intellectual property to Damon J. Hemmerdinger for $7,250.00.

3. The purchase price represents the best value for the intellectual property based upon the recommendation of the Trustee's intellectual property advisor.

4. The intellectual property is subject to a secured lien held by Citibank, N.A. ("Citibank") in the amount of approximately $499,864.59. Citibank consents to the sale of the intellectual property free and clear of its lien with the understanding that the proceeds from the sale will be paid into the bankruptcy estate.

5. The Trustee proposes to sell the intellectual property in its "as is" condition.

6. To the best of the Trustee's knowledge, Mr. Hemmerdinger has no adverse interest or any other connection with the estate, Debtor, the Trustee, the Office of the U.S. Trustee, or any party in interest.

WHEREFORE, for these reasons and any other reasons the Court may find, the Trustee requests that the Court enter an order authorizing the sale of the intellectual property to Mr. Damon J. Hemmerdinger, or his assignee, pursuant to the terms and conditions of the Letter Agreement, and grant such other relief as is just and proper.

Respectfully submitted,

WEBSTER & FREDRICKSON, PLLC

*/s/ Natalie S. Walker*
Natalie S. Walker, #499276
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this **30th** day of September, 2014, a true and correct copy of the foregoing Motion for Authority to Sell Intellectual Property Free and Clear of Liens and Other Interests, and proposed order were served by the Court's Electronic Filing System to all interested parties.

*/s/ Natalie S. Walker*
Natalie S. Walker, #499276
1775 K Street, N.W.
Suite 600
Washington, D.C.  20006
(202) 659-8510

Counsel to Chapter 7 Trustee